In the Matter of the Probate and of the Construction of the Last Will and Testament of RUFUS SAYRE, Deceased.— Motion to dismiss the appeal as to Edward C. Sayre denied, without costs; motion to dismiss appeal as to Edward H. Sayre denied, without costs, without prejudice, however, to renew in the event that an undertaking to perfect the appeal is not filed within sixty days. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

MICHAEL LEMIK, Respondent, v. AMERICAN SUGAR REFINING COMPANY OF NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present— Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

WILLIAM J. LOGAN, Appellant, v. THE NEW YORK SUGAR REFINING COMPANY, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

RICHARD NAUYOKS, Respondent, v. OTIS ELEVATOR COMPANY, Defendant, and LEVY-GILLILAND COMPANY, Appellant.— Motion denied, with ten dollars costs. Present - Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

JOSEPH NEUSTADT, Respondent, v. JAMAICA ESTATES and Others, Defendants. EDWARD E. DEAN and Others, Appellants.— Motion granted, without costs, and proposed order signed. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

WALLACE T. NICKERSON, Respondent, v. ELECTRO-SILICON COMPANY, Appellant.— The order may be resettled so as to declare that the judgment was reversed because it was against the weight of the evidence. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ. Order to be settled before Mr. Justice Stapleton.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK BLUMENTHAL and PAULINE BLUMENTHAL, Appellants.— Motion for stay denied. Motion made by the People granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. HOPPE, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SCHLOER, Appellant.— Motion granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL H. BAYLIS, Respondent, v. THE BOARD OF SUPERVISORS OF NASSAU COUNTY and Others, Respondents. ELMONT CEMETERY, INC., Intervenor, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.